HART v. BULL.

ACTION of debt, upon a bond, executed the 1st of May, 1786, conditioned as follows: — " Whereas the said Hart, on the 19th day of March, 1784, executed two notes, jointly with said Bull, for £300 to M. Morse, for the sole duty of said Bull: — Now, if said Bull shall and doth pay up said notes, and fully indemnify and save harmless the said Hart, from all cost, damages, expense and trouble, on account of his being bound as aforesaid, then," etc.— The breach assigned was — That the defendant had failed to pay the notes:   Also, that soon after the notes were executed, they were assigned to Lawrence and Morris, in New York, who threatened to sue the plaintiff thereon; and to avoid an arrest, he forbore going to New York, to transact his necessary business there, as a merchant, to his damage £50 which the defendant had not paid.

The case being thus stated by the pleadings, on demurrer to the replication, judgment was for the defendant.

By the whole COURT.   As to the plaintiff's loss, said to be sustained by his not going to New York, through fear

of an arrest — it is not direct damage, occasioned by being surety for the payment of the notes, but remotely consequential, and the condition of the bond does not extend to it: It was also, all antecedent to giving the bond; whereas the bond respected only what might happen subsequent.

And with respect to the defendant's not paying the notes, which it was in the condition of the bond that he should do — he was to have a reasonable time to do it in, which he had not, as the bond was sued the next day after it was given, and the notes were at New York, where the promisee then lived.